## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>U.S. DEPARTMENT OF STATE FOIA LITIGATION REGARDING EMAILS OF CERTAIN FORMER OFFICIALS | Misc. No. 15-1188 (___) |

## UNITED STATES DEPARTMENT OF STATE'S
## MOTION FOR DESIGNATION OF COORDINATING JUDGE

### SCHEDULE OF CASES

| <u>Case</u> | <u>Civil No.</u> | <u>Plaintiff Position</u> |
|---|---|---|
| *Accuracy in Media v. U.S. Dep't of Defense, et al.* | 14-1589 (EGS) | Does not oppose |
| *Associated Press v. U.S. Dep't of State* | 15-345 (RJL ) | Needs to see motion before taking position |
| *Bauer v. Central Intelligence Agency, et al.* | 14-963 (APM) | Opposes |
| *Canning v. U.S. Dep't of State* | 13-831 (RDM) | Takes no position (plaintiff George Canning); unable to obtain separate consent (plaintiff Jeffrey Steinberg) |
| *Citizens United v. U.S. Dep't of State* | 15-374 (EGS) | Opposes |
| *Citizens United v. U.S. Dep't of State* | 15-441 (CRC) | Opposes |
| *Citizens United v. U.S. Dep't of State* | 15-518 (ABJ) | Opposes |
| *Citizens United v. U.S. Dep't of State*[1] | 15-1031 (EGS) | Opposes |

---

[1] Because this is a relatively new case, the Department of State has not yet made a final determination as to whether or not a reasonable search will include the recently provided documents.

| **Case** | **Civil No.** | **Plaintiff Position** |
|---|---|---|
| *Competitive Enterprise Institute v. U.S. Dep't of State* | 15-553 (RDM) | Opposes |
| *Freedom Watch v. National Security Agency, et al.* | 12-1088 (CRC) | Does not oppose, "but only if the designated coordinating judge was not appointed to the District Court for the District of Columbia by President Clinton or President Obama, given, at a minimum, the appearance of a conflict of interest since Hillary Clinton and the Obama State Department are at issue" |
| *Gawker Media v. U.S. Dep't of State* | 15-363 (KBJ) | Takes no position |
| *Joseph v. U.S. Dep't of State, et al.* | 14-1896 (RJL) | Did not convey a position; wants more time to discuss logistics and think about questions related to the coordination motion |
| *Judicial Watch v. U.S. Dep't of State, et al.* | 12-893 (JDB) | |
| *Judicial Watch v. U.S. Dep't of Defense, et al.* | 14-812 (KBJ) | |
| *Judicial Watch v. U.S. Dep't of State* | 12-2034 (RW) | |
| *Judicial Watch v. U.S. Dep't of State* | 13-1363 (EGS) | |
| *Judicial Watch v. U.S. Dep't of State* | 13-772 (CKK) | |
| *Judicial Watch v. U.S. Dep't of State* | 14-1242 (RCL) | |
| *Judicial Watch v. U.S. Dep't of State* | 14-1511 (ABJ) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-1128 (EGS) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-321 (CKK) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-646 (CKK) | |

| **Case** | **Civil No.** | **Plaintiff Position** |
| --- | --- | --- |
| *Judicial Watch v. U.S. Dep't of State* | 15-684 (BAH) | Did not convey a position; wants more time to discuss logistics and think about questions related to the coordination motion |
| *Judicial Watch v. U.S. Dep't of State* | 15-687 (JEB) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-688 (RC) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-689 (RDM) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-691 (APM) | |
| *Judicial Watch v. U.S. Dep't of State* | 15-692 (APM) | |
| *Leopold v. U.S. Dep't of State* | 14-1760 (TSC) | Opposes |
| *Leopold v. U.S. Dep't of State* | 15-123 (RC) | Opposes |
| *O'Brien v. U.S. Dep't of State* | 14-119 (RC) | Opposes |
| *Veterans for a Strong America v. U.S. Dep't of State* | 15-464 (RMC) | Takes no position |