UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| U.S. DEPARTMENT OF STATE FOIA LITIGATION REGARDING EMAILS OF CERTAIN FORMER OFFICIALS | ) ) ) ) ) | Misc. No. 15-1188 |

## ORDER

The government has filed a motion for designation of a coordinating judge for various Freedom of Information Act cases in this district in which the emails of certain former officials are at issue. This case has been temporarily assigned to the Calendar and Case Management Committee. The government represents that it has filed a notice of filing its motion in 32 separate cases. It is hereby

**ORDERED** that plaintiffs' responses to the government's motion, to be filed in the above-captioned miscellaneous case, are due by no later than Monday, September 14, 2015. Responses shall not exceed 10 pages, and any plaintiff with more than one case shall file only a single response. It is further

**ORDERED** that the government shall promptly file a notice of filing of this Order in each of the cases where it filed a notice of filing its motion.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   September 4, 2015