# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>U.S. DEPARTMENT OF STATE FIOA LITIGATION REGARDING EMAILS OF CERTAIN FORMER OFFICIALS | Misc. No. 15-1188 |

## NOTICE OF APPEARANCE

Theodore B. Olson hereby enters his appearance as counsel for Interested Party Citizens United in this matter. He was admitted to practice before this Court on September 9, 1985.

Respectfully submitted,

Dated: September 4, 2015

/s/ Theodore B. Olson
Theodore B. Olson (D.C. Bar No. 367456)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9575
tolson@gibsondunn.com

*Counsel for Interested Party Citizens United*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015 I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send a notice of the filing to all counsel of record.


/s/ Theodore B. Olson