IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| U.S. DEPARTMENT OF STATE FOIA | ) |
| LITIGATION REGARDING EMAILS OF | ) |
| CERTAIN FORMER OFFICIALS | )  Misc.. No. 15-1188 |
| | ) |
| _____ | ) |

**PLAINTIFF PATRICK M. JOSEPH'S OPPOSITION TO DEFENDANT STATE DEPARTMENT'S MOTION FOR DESIGNATION OF COORDINATING JUDGE**

COMES NOW Plaintiff Patrick M. Joseph, the Plaintiff in the case captioned Joseph v. U.S. Department of State et. al, Civil Action No. 14-1896 (RJL), by and through his counsel of record, to hereby oppose the United States Department of State ("DOS") Motion For Designation of a Coordinating Judge to manage all issues pertaining to Plaintiff Joseph's pending Freedom of Information Act ("FOIA") litigation along with thirty other FOIA cases involving entirely unrelated and wholly dissimilar issues to the matters presented by Mr. Joseph's pending FOIA action.

Plaintiff Joseph opposes the State Department's motion with respect to his pending FOIA action on the grounds that (1) his FOIA request to the State Department that is the subject of his pending FOIA action does not directly concern the former public official emails that are the basis for the government's motion, (2) his pending FOIA action includes a separate claim for a FOIA request to the United States Agency for International

- 1 -

Development ("USAID") that does in any respect relate to the former public official emails that are the basis for the government's motion, (3) his pending FOIA action is currently moving forward efficiently, via mutual cooperation with Defendants, who are releasing responsive records to Plaintiff on an agreed upon schedule of releases, every six weeks, which would be significantly delayed, and therefore significantly prejudice Plaintiff, by granting Defendant's motion with respect to his FOIA case.

Plaintiff' Joseph's pending FOIA action involves two FOIA requests submitted to DOS and to the United States Agency for International Development ("USAID"), each seeking only agency records pertaining to a Cambodian non-governmental organization identified as AFESIP (Agir pour les Femmes en situation Precaire) that operates shelter facilities for girls and women who have escaped or been rescued from sex traffickers. *See* Plaintiff's First Amended Complaint [Dkt 3 in Civil Action No. 14-1896 RJL].

Although it is **possible** that there may perhaps be a small number of responsive records from the State Department that could involve emails from former Secretary of State Hillary Clinton, if there even are any such responsive records, they would be very few in number, and certainly a very minor component of the totality of records responsive to Plaintiff's FOIA request to the DOS at issue in his action.

Moreover, it is beyond dispute that **none** of the responsive records pertaining to Plaintiff's FOIA request sent to USAID at issue in his pending FOIA action would involve any former State Department emails within the parameters of the issues raised by

DOS's pending motion to submit this action to a coordinating judge.

As noted above, the parties in Joseph v. U.S. Department of State et. al, Civil Action No. 14-1896 (RJL) are currently working in close cooperation, based upon on an agreed upon schedule, whereby Defendants DOS and USAID are both actively providing responsive records to Plaintiff every six weeks.  *See* Dkt 10 [June 5, 2015 Joint Status Report].  There is no reason to disrupt the current schedule, or to otherwise transfer the scheduling, administration, and resolution of this actions from the Honorable Judge Richard J. Leon for Mr. Joseph's FOIA action at this time.

Plaintiff Joseph's FOIA case s currently moving forward in a very timely and efficient manner, and would be significantly delayed by being administered along with a large group of wholly unrelated other FOIA civil actions, involving dissimilar issues, and which would appear to involve far more complex factual and legal issues then the rather narrow focus involving USAID and State Department records pertaining to the Cambodian non-governmental organization identified as AFESIP (Agir pour les Femmes en situation Precaire), involving those agencies' contacts with that group's operation of shelter facilities for girls and women who have escaped or who been rescued from sex traffickers, at issue in the pending Joseph FOIA case.

Therefore, for all of the reasons set forth above, Plaintiff Patrick Joseph hereby requests that the Court deny the State Department's motion with respect to the inclusion of his pending FOIA action, identified as Joseph v. U.S. Department of State et. al, Civil

Action No. 14-1896 (RJL), and allow his action to continue forward under the supervision and judicial administration of the Honorable Judge Richard J. Leon.

Respectfully submitted this 11th day of September, 2015.

/s/
Daniel J. Stotter, D.C. Bar # WI0015
STOTTER& ASSOCIATES LLC
408 SW Monroe Ave., Ste. M210E
Corvallis, Oregon 97333
(541) 738-2601
dstotter@qwestoffice.net

Attorney for Plaintiff Patrick M. Joseph