## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:

U.S. DEPARTMENT OF STATE FOIA
LITIGATION REGARDING EMAILS
OF CERTAIN FORMER OFFICIALS

Misc. No. 15-1188 (ESH)

### ALEXA O'BRIEN'S OPPOSITION TO U.S. DEPARTMENT OF STATE'S MOTION
### FOR APPOINTMENT OF COORDINATING JUDGE

On September 2, 2015, the United States Department of State ("State"), filed a motion,

purportedly pursuant to Local Civil Rules 40.5(e) and 40.6(a), requesting the "designation of a

coordinating judge to allow the orderly and efficient resolution of common questions of law,

fact, and procedure" in 32 Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, cases "in

which the emails of certain former officials are at issue".  State's Mot. at 1 [ECF dkt: 1].

Interested Party Alexa O'Brien ("O'Brien") is a national security investigative journalist and is

the plaintiff in one of the FOIA cases encompassed by State's motion for coordination, *O'Brien

v. Department of State*, 14-cv-119 (TSC), which involves records relating to the publication of

documents obtained by WikiLeaks. State's motion for coordination is improper and will not

serve the interests of justice or efficiency and should be denied.

State requests the "designation of a coordinating judge to allow the orderly and

efficient resolution of common questions of law, fact, and procedure."  State's Mot. at 1 [ECF

dkt: 1].  However, there is currently no dispute in Ms. O'Brien's case as to any issue of law, fact,

or procedure relating to the emails of certain former officials. Ms. O'Brien's case proceeded all

the way to summary judgment, at which time State voluntarily agreed to conduct additional

- 1 -

searches. The parties continue to work towards resolution of the outstanding issues, and State has not identified a single issue of law, fact, or procedure in Ms. O'Brien's case for which coordination is necessary.

State avers that transfer of common issues to a coordinating judge will allow for more efficient resolution of the cases.  State's Mot. at 10 [ECF dkt: 1].  However, Ms. O'Brien's case has been proceeding efficiently and is in its advanced stages. Her case was filed in January 2014 and the parties have been and will continue to submit status reports regarding the status of the additional searches until such time as the additional searches are complete and a new briefing schedule will be set (if necessary). It would be neither fair nor efficient to lump together Ms. O'Brien's case with other cases in their earliest stages.

Further, there is currently no need to coordinate with respect to any legal or factual issues about emails sought by Ms. O'Brien such that State would benefit in Ms. O'Brien's case from the relief sought here. Similarly, there is currently no deadline by which State must search any of the emails that would be subject to coordination such that State would benefit from the relief sought here.

State also argues that coordination is appropriate because some plaintiffs have sought orders relating to preservation that seek the same or similar relief which may result in "conflicting rulings."  State's Mot. at 14 [ECF dkt: 1].  Because Ms. O'Brien is not one of those plaintiffs, coordination of her case is not appropriate for this purpose.

WHEREFORE, Ms. O'Brien respectfully requests that the Court deny State's motion for designation of a coordinating judge with respect to the emails of certain former officials as it relates to her case.

- 2 -

Dated: September 14, 2015                              Respectfully Submitted,


                                                       /s/ Jeffrey L. Light_____

                                                       Jeffrey L. Light
                                                       D.C. Bar #485360
                                                       1712 Eye St., NW
                                                       Suite 915
                                                       Washington, DC 20006
                                                       (202)277-6213
                                                       Jeffrey@lawofficeofjeffreylight.com

                                                       *Counsel for Plaintiff*