IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>U.S. DEPARTMENT OF STATE FOIA LITIGATION REGARDING EMAILS OF CERTAIN FORMER OFFICIALS | Misc. No. 15-1188 (___) |

**PLAINTIFF FREEDOM WATCH'S RESPONSE TO MOTION FOR DESIGNATION OF COORDINATING JUDGE**

Plaintiff Freedom Watch hereby submits its' response to Department of State's Motion for Designation of Coordinating Judge.

Plaintiff files this response to state that it agrees to the designation of a coordinating judge so long as the judge designated was not appointed by President Bill Clinton or President Barack Obama. Plaintiff Freedom Watch makes this qualification to its' consent due to the appearance of a conflict of interest that is created if and when an Obama or Clinton appointed judge is hearing these lawsuits.

The truth of the matter is that an Obama or Clinton appointed judge would be placed between a rock and a hard place in making rulings related to Hillary Clinton's emails. With Ms. Clinton running for the office of President of the United States in 2016, a ruling in these cases could affect her political aspirations and those of the Democratic Party.

In *Judicial Watch v. National Energy Policy Development Group*, No. 01-1530 (D.D.C.), a case that went all the way up the U.S. Supreme Court, the Honorable Emmet G. Sullivan, a Republican, ruled impartially despite having originally been appointed to the Superior Court of

1

the District of Columbia bench by President Ronald Reagan.  Judge Sullivan was then appointed as an Associate Judge of the District of Columbia Court of Appeals by President George H.W. Bush.  Even more, Judge Sullivan has shown to be moving these FOIA cases at an expedited basis.  For these reasons, Plaintiff would not object if this case was designated to Judge Sullivan.

    For the foregoing reasons, Plaintiff Freedom Watch submits this response to Department of State's Motion For Designation Of Coordinating Judge.

Dated: September 14, 2015

                                                      Respectfully Submitted,

                                                    /s/ *Larry Klayman*
                                                   Larry Klayman, Esq.
                                                   Freedom Watch, Inc.
                                                   D.C. Bar No. 334581
                                                   2020 Pennsylvania Ave. NW #345
                                                   Washington, DC 20006
                                                   Tel: (310) 595-0800
                                                   Email: leklayman@gmail.com