IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

U.S. DEPARTMENT OF STATE FOIA
LITIGATION REGARDING EMAILS
OF
CERTAIN FORMER OFFICIALS

Misc. No.  15-1188 (_____)

**RESPONDENT FREEDOM WATCH'S OPPOSITION TO RESPONDENT JUDICIAL WATCH, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, OPPOSITION TO DESIGNATION/TRANSFER MOTION**

The undersigned counsel is the founder of Judicial Watch and now Freedom Watch. While he supports the efforts of Judicial Watch, as he does Freedom Watch and others to uncover the full extent of Hillary Clinton's suppression and destruction of emails relevant to the several Freedom of Information Act ("FOIA") requests filed by a number of organizations and individuals, including Judicial Watch and Freedom Watch, the motion to dismiss filed by Judicial Watch makes neither legal nor common sense.

It is a fundamental principle of law and legal practice that a federal court has the power to regulate its docket and the chief judge may assign and/or reassign cases. *See* LCrR 40.1, 57.14. The Chief Judge, through the Calendar and Case Management Committees, has the discretion and authority to reassign cases in the interest of judicial efficiency and justice. Here, as just one example, Freedom Watch has filed a FOIA request with the U.S. Department of State asking for all legitimately non-exempt documents suppressed and/or deleted emails which Mrs. Clinton as Secretary of State generated in performing her duties and responsibilities as Secretary of State. This FOIA request is now subject to litigation before the Honorable Richard J. Leon and also

1

requests documentation on other issues of importance. *See Freedom Watch v. Department of State,* No. 15-cv-1264.

Freedom Watch also has other FOIA litigation concerning Mrs. Clinton's granting of waivers to interests doing business with Iran, as well as her likely release to New York Times Reporter David Sanger of classified information about U.S. Israeli cyber-attacks on Iranian nuclear reactors and war plans to preemptively take out the reactors. These cases are currently assigned to the Honorable Christopher R. Cooper and the Honorable James E. Boasberg. *See Freedom Watch v. Department of State,* No. 14-cv-01832 and *Freedom Watch v. National Security Agency*, No. 12-cv-1088, respectively.

Since all of the records of suppressed and/or deleted emails of Mrs. Clinton as Secretary of State are at issue before this Court, assigning all of these cases to a neutral jurist like the Honorable Emmet Sullivan will preserve valuable judicial and private resources. Indeed, the suggestion of the Justice Department makes imminent sense, so long as the effort to recreate and obtain the requested documents is accelerated. Judge Sullivan has thus far, ironically in one of Judicial Watch's cases, shown a desire and practice of moving this serious matter to a conclusion as quickly as possible under the difficult circumstances involved. In short a comprehensive effort before a neutral jurist who does not have or has not demonstrated the appearance of a conflict of interest like Judge Sullivan is necessary to consolidate this document recreation effort in the interests of all concerned, most particularly the public interest.

Dated: September 16, 2015

                                                Respectfully Submitted,

                                                /s/ *Larry Klayman*
                                              Larry Klayman, Esq.

                                                        Freedom Watch, Inc.
                                                        D.C. Bar No. 334581
                                                        2020 Pennsylvania Ave. NW #345
                                                        Washington, DC 20006
                                                        Tel: (310) 595-0800
                                                        Email: leklayman@gmail.com

*Attorney for Plaintiff Freedom Watch*

3