UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

U.S. DEPARTMENT OF STATE FOIA : Misc. No. 15-1188 ( )
LITIGATION REGARDING EMAILS OF
CERTAIN FORMER OFFICIALS

### NOTICE OF FOIA CASE NON-ATTORNEY *PRO SE* PLAINTIFFS

George Canning and Jeffrey Steinberg hereby notify the Court and the parties that they are non-attorney plaintiffs pro se in Canning and Steinberg v. U.S. Department of State, Case No. 1:13-cv-00831 (RDM) in this District. That case is among those which are the subjects of the Department of State's motion for designation of a coordinating judge in the above-captioned case. To the extent these non-attorney pro se parties are required to enter an appearance, please consider this our Notice of Appearance.

Canning and Steinberg also notify the Court and the other parties that they do not have access to the Court's Electronic Case Files (ECF) system. They therefore request that any Orders or other papers issued by the Court be sent to them via the U.S. Postal Service. Likewise, they



RECEIVED
Mail Room

SEP 17 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

request that any Motions or other papers which may be filed by the other parties herein be served on them via the U.S. Postal Service. LCivR 5.4(e)(2).

Respectfully submitted,

Dated: September 15, 2015

GEORGE CANNING
60 Sycolin Road
Leesburg, VA 20175
(703) 434-1904
grcanning@live.com

Plaintiff Pro Se

JEFFREY STEINBERG
60 Sycolin Road
Leesburg, VA 20175
(703) 777-9451
steinberg_jj@hotmail.com

Plaintiff Pro Se

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury, that a true copy of the foregoing Notice of FOIA Case Non-Attorney Pro Se Plaintiffs was served by mailing, first class postage paid, this 15th day of September 2015, to counsel listed on the case docket on September 15, 2015.